UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES E. WILLIAMS, JR.,

        Petitioner,

  -against-                                      9:04-CV-00978
                                                      (LEK/DRH)

MICHAEL GIAMBRUNO,

        Respondent.

## DECISION AND ORDER

      This matter comes before the Court following a Report-Recommendation filed on January 9, 2007 by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-Rec. (Dkt. No. 18 ).  After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objection by Petitioner James E. Williams, Jr., which were filed on February 20, 2007. Objection (Dkt. No. 21 ).

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b).  "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id.  This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

Accordingly, it is hereby

1

**ORDERED**, that the Report-Recommendation (Dkt. No. 18 ) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the Petition for writ of habeas corpus be denied; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   May 11, 2007
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge